

**ORDERED in the Southern District of Florida on June 28, 2019.**

*[signature]*

**John K. Olson, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

Case No.: 17-14879-JKO
Chapter 13

**MARIA ALONSO,**

    Debtor.

_____/

**ORDER GRANTING BSI FINANCIAL SERVICES AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CABANA SERIES III TRUST'S MOTION TO CONFIRM NO STAY IS IN EFFECT**

**THIS MATTER** came before the Court upon movant **BSI FINANCIAL SERVICES AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CABANA SERIES III TRUST**'s (the "Movant") Motion to Confirm No Stay is in Effect filed on May 30, 2019 [D.E.65] (the "Motion"), and the Movant by submitting this form of order represents that the Motion was served on all parties as required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the Movant, a response to the Motion, and that the relief to be granted in this order is the identical

*Case No. 17-14879-JKO*

relief requested in the Motion. Upon review of the Motion and the record, the Court finds that the Motion should be granted. Accordingly, it is

**ORDERED,** as follows:

1. The Motion is **GRANTED**, as set forth herein.

2. The Court confirms that the Automatic Stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is not in effect and is terminated as to the debtor and in favor of Movant and its interest in the following property described as:

> **LOT 2, BLOCK 7, OF THE CRESTHAVEN NO. 6, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 41, AT PAGE 37, OF THE PUBLIC RECORDS OF BROWARD COUNTY.**

**A/K/A 2541 NE 9th Avenue, Pompano Beach, FL 33068 (the "Property")**

3. This relief is *in rem* only in order to commence or complete state court foreclosure proceedings through certificate of title and possession of the Property; however, Movant shall not seek any *in personam* relief against the Debtor without further order of the Court.

4. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

### 

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402, Miami, Florida 33137
Telephone: (305) 501.2808 / Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
Mr. Berger shall serve a conformed copy of this order upon all interested parties and file a Certificate of Service within three (3) days from the date of this Order.